NUMBER
13-01-873-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

___________________________________________________________________

 

SONIA RODRIGUEZ D/B/A SONIA=S BAIL BONDS,                    Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

___________________________________________________________________

 

                        On
appeal from the 138th District Court 

                                 of Cameron County, Texas

___________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellant, SONIA RODRIGUEZ D/B/A SONIA=S BAIL BONDS, attempted to perfect an appeal from a judgment entered by the 138th District Court of Cameron County, Texas, in
cause number 2001-01-77-B. 
Judgment in this cause was signed on August 20, 2001.  A timely motion for new trial was filed on September
6, 2001.  Pursuant to Tex. R. App. P.
26.1, appellant=s notice of appeal was
due on November 19, 2001, but was not filed until December
18, 2001.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, no response has been received from
appellant.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect his appeal, and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 23rd
day of May, 2002.